# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Riley, William J | 2. Court or Organization<br><br>Eighth Circuit Court of Appeal | 3. Date of Report<br><br>05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Roman Hruska U.S. Courthouse<br>111 South 18th Plaza, #4303<br>Omaha, NE 68102-1322 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ . NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member/Partner & Assistant Manager | Riley Quest, L.L.C. |
| 2. Partner | Sedona Property Group (dissolved 8/2004) |
| 3. Adjunct Professor | Creighton University, College of Law |
| 4. Delegate to House of Delegates | Nebraska State Bar Association since 1998 |
| 5. Member | Professionalism Committee, Nebraska State Bar Association |
| 6. Member, National Trial Competition Committee | American College of Trial Lawyers since 11/2002 |
| 7. Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 8. Master | Robert M. Spire Inns of Court |
| 9. Trustee, Board of Trustees | MidAmerica Council, Boy Scouts of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/2005 | University of Nebraska-Lincoln, College of Law, Adjunct Faculty teaching trial advocacy, Thursday evenings, Spring 2006 and Spring 2007 |
| 2. 05/2005 | Creighton University, College of Law, Adjunct Faculty teaching trial practice, Thursday evenings, Spring 2005 and Fall 2006 |
| 3. 12/31/03 | Net asset value payout upon termination at Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |
| 4. 04/01/75 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Creighton University, College of Law | $ $1,500 |
| 2. 2004 | Creighton University, College of Law | $ $1,500 |
| 3. 2003 | Creighton University, College of Law | $ $1,500 |
| 4. 2003 | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. | $ $45,172 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | City of Omaha Public Library Foundation & Child Saving Institute |
| 2. 2003 | City of Omaha Public Library Foundation |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. United States Court of Appeals | Memorial Service for Hon. Richard S. Arnold (January 10, 2005) St. Louis, MO |
| 2. University of Iowa Law School | Judge University of Iowa Law School Moot Court Competition (March 4-5, 2005) Iowa City, IA |
| 3. American College of Trial Lawyers | Judge ACTL National Trial Competition (April 1-5, 2005) San Antonio, TX |
| 4. American College of Trial Lawyers | Present ACTL Emil Gumpert Award (May 22-24, 2005) Rapid City, SD |
| 5. United States Court of Appeals | Judicial Workshop - Eighth & Tenth Circuits (June 8-11, 2005) Santa Fe, NM |
| 6. United States Court of Appeals | National Sentencing Institute (July 10-12, 2005) Washington, DC |
| 7. United States Court of Appeals | Eighth Circuit Judicial Conference (October 18-21, 2005) Colorado Springs, CO |

8. United States Court of Appeals      National Symposium for Court of Appeals Judges (November 2-4, 2005) Washington, DC

9. United States Court of Appeals      Criminal Law Committee Meeting (December 4-6, 2005) Hendersen, NV

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Free Membership | American Board of Trial Advocates | $ 450.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of Omaha Accounts | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance - Cash Values | | None | L | T | | | | | |
| 3. Riley Quest, L.L.C. (▆▆ Farm minority interest) | | None | L | W | | | | | |
| 4. Marasico Growth Fund | A | Dividend | J | T | | | | | |
| 5. IRA #1 | A | Dividend | L | T | | | | | |
| 6. -Janus Twenty Fund | | | | | | | | | |
| 7. -Janus Growth & Income | | | | | | | | | |
| 8. -Weitz Value Fund | | | | | | | | | |
| 9. -Marsico Focus Fund | | | | | | | | | |
| 10. IRA - #2 | A | Dividend | L | T | | | | | |
| 11. -Janus Olympus Fund | | | | | Sold | | | | |
| 12. -Janus Mercury Fund | | | | | Sold | | | | |
| 13. -American Century Income & Growth Fund | | | | | | | | | |
| 14. -Marsico Growth & Income Fund | | | | | | | | | |
| 15. American Century Equity Income | | | | | | | | | |
| 16. IRA - #3 | A | Dividend | J | T | | | | | |
| 17. -Janus Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Janus Twenty Fund | | | | | | | | | |
| 19. Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | | | | | |
| 20. -Fidelity Adv. Gr. Opp. - T Fund | | | | | | | | | |
| 21. -Evergreen Gro. - A Fund | | | | | | | | | |
| 22. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | D | Div. & Int. | P1 | T | | | | | |
| 23. -U.S. Government Obligation Money Market Fund at FNB | | | | | | | | | |
| 24. -Alliance World Dollar Government Fund II | | | | | Sold | 11/03 | | | |
| 25. -Berkshire Hathaway, Inc. Class A & Class B Common | | | | | | | | | |
| 26. -Commercial Federal Corp. Common | | | | | Sold | 07/05 | | | |
| 27. -Euro Disneyland SCA common | | | | | Sold | 09/04 | | | |
| 28. -Baron Asset Fund | | | | | | | | | |
| 29. -Fidelity Dividend Growth Fund | | | | | Sold | 02/05 | | | |
| 30. -Janus Growth & Income Fund | | | | | Sold | 02/05 | | | |
| 31. -Janus Worldwide Fund | | | | | Sold | 12/03 | | | |
| 32. -Janus Olympus Fund | | | | | Sold | 02/05 | | | |
| 33. -Janus Mercury Fund | | | | | Sold | 02/05 | | | |
| 34. -Marsico Focus Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Marsico Growth & Income Fund | | | | | | | | | |
| 36. -Rydex Series Trust OTC Fund | | | | | Sold | 02/05 | | | |
| 37. Baron Growth Fund | | | | | | | | | |
| 38. Clipper Fund | | | | | | | | | |
| 39. Harris Oakmark Fund | | | | | | | | | |
| 40. Oakmark Equity & Income I Fund | | | | | | | | | |
| 41. Oakmark Select Fund CL I | | | | | | | | | |
| 42. T Rowe Price Equity Income Fund | | | | | | | | | |
| 43. Marsico 21st Century Fund | | | | | | | | | |
| 44. -Weitz Value Fund | | | | | | | | | |
| 45. -Weitz Hickory Fund | | | | | | | | | |
| 46. TTI Technologies, Inc. | None | | J | W | Sold | 04/29 | J | D | TTI |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Investments and Trusts, Item 46, TTI Technologies, Inc., a closely held corporation, was worthless and virtually out of business in 2000 and 2001. I owned a fraction of a percent of shares in this former client. TTI started doing some business, and TTI repurchased the stock effective April 29, 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu...                                             Date _May 11, 2006_

NOTE: ANY INDIVID... ...FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL S...

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544